**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

EDWARD EUGENE DAVIS,

       Plaintiff,

    v.

CHATHAM COUNTY; JOSEPH F. BANDY
III; ABBY BROWN; LINDRETTA G.
KRAMER; MARGARET DELEON; TEENA
LYNETTE BRANCH; and WILLIAM S.
LEWIS;

       Defendants.

CIVIL ACTION NO.: 4:19-cv-38

**O R D E R**

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 18, 2019 Report and Recommendation, (doc. 7), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to set forth a federal claim and this Court should decline to exercise supplemental jurisdiction over his state law claim as the opinion of the Court and **DISMISSES** Plaintiff's Complaint. The Court further **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23rd day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA