# United States District Court
## *Southern District of Georgia*

EDWARD EUGENE DAVIS,

Plaintiff

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER:  4:19-cv-38

CHATHAM COUNTY - SAVANNAH, GA, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated April 23, 2019, adopting the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is DISMISSED.  This case stands CLOSED.

Approved by: _____

_____April 29, 2019_____
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*